AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

PRINCE ANTHONY BLAKE
DOB: 12/1/1974
PDID: 416-590

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 24, 2006__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

an alien who had previously been deported and removed from the United States, was found in the United States after that deportation without having obtained the required, express consent of the Attorney General or the Secretary of the Department of Homeland Security, as required by laws of the United States.

in violation of Title __8__ United States Code, Section(s) __1326 (a) & (b)(2)__.

I further state that I am __WILLIAM C. HAMPTON, Special Agent with the DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE)__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUSA, PATRICIA STEWART   (202) 514-7064
Sworn to before me and subscribed in my presence,

Signature of Complainant
WILLIAM C. HAMPTON, Special Agent
DEPARTMENT OF HOMELAND SECURITY

_____   at   __Washington, D.C.__
Date                                              City and State

_____        _____
Name & Title of Judicial Officer          Signature of Judicial Officer