AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, William C. Hampton, being duly sworn, depose and state:

1. I am a Special Agent (SA) of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). I have been an agent with ICE, formerly the Immigration and Naturalization Service (INS) since May 1998. I successfully completed the Immigration Officer Basic Training Course at the Federal Law Enforcement Training Center in September 1998, where I received training in Immigration law, Nationality law, and Criminal law. My current assignment is with the ICE Office of Investigations, District of Columbia Office, which is physically located in Fairfax, Virginia.

2. This Affidavit contains information in support of an arrest warrant and criminal information, charging Prince Anthony BLAKE with being an alien who was arrested and previously deported from the United States, who has been found in the United States after that deportation without having obtained the required, express consent of the Secretary of the Department of Homeland Security, or his delegate in violation of Title 8, United States Code, Section 1326(a) & (b)(2).

3. The facts and information contained in this Affidavit are based on my personal knowledge, as well as my review of official documents and materials containing the observations of other agents and officers involved in this investigation. This Affidavit contains information necessary to support probable cause, and is not intended to include each and every fact and matter observed by me or known to the government.

4. On or about January 9, 1985, at or near Miami, Florida, Prince Anthony BLAKE, a native and citizen of Jamaica, was admitted into the United States as a lawful permanent resident, under alien file A38 997 166.

5. On or about March 29, 1995, Prince Anthony BLAKE was convicted in the Superior Court of the District of Columbia for the offense of Possession of Marijuana, in violation of District of Columbia Code, section 33-541(d).

6. On or about August 7, 1995, Prince Anthony BLAKE was convicted in the Superior Court of the District of Columbia for the offense of Distribution of Marijuana, in violation of District of Columbia Code, section 33-541(a)(1)(2)(D). Under federal law, this conviction constitutes an aggravated felony. *See* 8 U.S.C. 1101(43)(B).

7. On or about December 15, 1998, Prince Anthony BLAKE was arrested in Baltimore, Maryland, by Special Agents of the Immigration and Naturalization Service because the convictions listed in paragraphs five and six above are violations of the Immigration and Nationality Act.

8. On or about February 22, 1999, in Oakdale, Louisiana, Prince Anthony BLAKE was ordered removed from the United States by an Immigration Judge.

9. On or about May 6, 1999, at Alexandria, Louisiana, Prince Anthony BLAKE affixed a print of his right index finger to an I-205, Warrant of Deportation; he was officially warned that he could not re-enter the United States, at any time, without the express consent of the Attorney General of the United States; he was placed on a flight and deported to Jamaica by an INS Detention Enforcement Officer, who witnessed his departure.

10. On July 21, 2006, Prince Anthony BLAKE was arrested in Washington, D.C., by an officer of the Metropolitan Police Dept. and charged with Possession with Intent to Distribute Marijuana.

11. On July 24, 2006, Prince Anthony BLAKE was found in the District of Columbia Superior Court. He was administratively arrested by the affiant for entering the United States

without being admitted or paroled by an Immigration Officer. He was transported to the ICE Office of Investigations in Fairfax, Virginia where he was fingerprinted, photographed, and given his Immigration administrative rights.

12. On July 24, 2006, Prince Anthony BLAKE's fingerprints were electronically submitted to the FBI through the Integrated Automated Fingerprint Identification System (IAFIS). The FBI advised this affiant that the fingerprints taken from Prince Anthony BLAKE match the prints of Prince Anthony BLAKE, FBI # xxxxxxxxxx, taken and processed following his prior arrests in Washington, D.C.

13. Based on the above information, I have probable cause to believe that Prince Anthony BLAKE, aka Bruce Smith HOWARD, aka Chris BLAKE, aka Prince Antonio DUBOISE, aka Prince Antonio GLAKE, is an alien who had been deported or removed from the United States on or about May 6, 1999, and who subsequently has unlawfully reentered and has been found in the District of Columbia, in the United States, without having obtained the express consent of the Attorney General of the United States for reapplication for admission to the United States, prior to March 1, 2003, and without having obtained the expressed consent or the Secretary of the Department of Homeland Security, for reapplication for admission to the United States on or after March 1, 2003.  (In violation of Title 8, United States Code, section 1326(a) & (b)(2) as modified by Title 6, United States Code, sections 202(3) and (4), 542(d), and 557).

_____
William Hampton, Special Agent
United States Immigration and Customs Enforcement

Subscribed and sworn to before me this
_____ day of July 2006.

_____
UNITED STATES MAGISTRATE JUDGE
District of Columbia