AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

PRINCE ANTHONY BLAKE

**WARRANT FOR ARREST**

CASE NUMBER: 06-335-M-01

FILED
AUG 0 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___PRINCE ANTHONY BLAKE___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

On or about July 24, 2006, in the District of Columbia, the defendant, PRINCE ANTHONY BLAKE, an alien who had previously been deported and removed from the United States, was found in the United States after that deportation without having obtained the required, express consent of the Attorney General or the Secretary of the Department of Homeland Security, as required by laws of the United States.

in violation of Title __8__ United States Code, Section(s) __1326(a) & (b)(2)__

URBINA J. RMU
Name of Issuing Officer

URBINA J. RMU
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

JUL 28 2006  District of Columbia
Date and Location

Bail fixed at $_____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7·28·06 | Sean McLeod SDUSM | _[signature]_ |
| DATE OF ARREST |  |  |
| 8-2-06 |  |  |